Opinion filed September 13,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00175-CR

                                                    __________

 

                        JERRY
DEWITT WASHINGTON, Appellant

                                                             V.

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 32nd District Court

                                                            Nolan
County, Texas

                                                      Trial
Court Cause No. 11245



 

                                            M
E M O R A N D U M    O P I N I O N

            Jerry
Dewitt Washington has filed in this court a motion to withdraw his notice of
appeal and dismiss his appeal.  Pursuant to Tex.
R. App. P. 42.2, the motion is signed by both appellant and his counsel.

The
motion is granted.  Appellant’s notice of appeal is withdrawn, and the appeal
is dismissed.

 

September 13,
2012                                                                            PER
CURIAM                       

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel[1]
consists of: Wright, C.J.,

McCall, J., and Hill.[2]









                [1]Eric Kalenak, Justice, resigned effective September 3,
2012.  The justice position is vacant pending appointment of a successor by the
governor or until the next general election.

 





                [2]John G. Hill, Former Chief Justice, Court of Appeals, 2nd
District of Texas at Fort Worth, sitting by assignment.